IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORETTA SFAMURRI,**<br>              **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **BOTTOM DOLLAR FOOD NORTHEAST, LLC,**<br>**BOTTOM DOLLAR FOOD,**<br>**DELHAIZE U.S. HOLDINGS, INC.,**<br>**DELHAIZE AMERICA, INC.,**<br>**DELHAIZE AMERICA, LLC,**<br>**REDDY ICE CORPORATION, and**<br>**REDDY ICE HOLDINGS, INC,**<br>              **Defendants.** | **NO.  14-7** |

# O R D E R

**AND NOW**, this 2nd day of October, 2015, upon consideration of Defendants, Reddy Ice Corporation and Reddy Ice Holdings, Inc.'s, Motion for Summary Judgment (Document No. 11, filed April 15, 2015), Defendants, Reddy Ice Corporation and Reddy Ice Holdings, Inc.'s Motion to Preclude the Expert Report and Testimony of Alex J. Balian (Document No. 12, filed April 15, 2015), Defendants, Bottom Dollar Food Northeast, LLC, Delhaize U.S. Holdings, Inc., and Delhaize America, LLC's Motion for Summary Judgment (Document No. 13, filed April 15, 2015), and Defendants, Bottom Dollar Food Northeast, LLC, Delhaize U.S. Holdings, Inc., and Delhaize America, LLC's Motion to Preclude Plaintiff's Liability Expert (Document No. 14, filed April 15, 2015), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1.     Defendants, Reddy Ice Corporation and Reddy Ice Holdings, Inc.'s, Motion for Summary Judgment is **DENIED AS MOOT**;

2. Defendants, Reddy Ice Corporation and Reddy Ice Holdings, Inc.'s Motion to Preclude the Expert Report and Testimony of Alex J. Balian is **DENIED AS MOOT**;

3. Defendants, Bottom Dollar Food Northeast, LLC, Delhaize U.S. Holdings, Inc., and Delhaize America, LLC's Motion for Summary Judgment is **DENIED AS MOOT**;

4. Defendants, Bottom Dollar Food Northeast, LLC, Delhaize U.S. Holdings, Inc., and Delhaize America, LLC's Motion to Preclude Plaintiff's Liability Expert is **DENIED AS MOOT**; and,

5. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**

                  **DuBOIS, JAN E., J.**